In the Matter of the Petition of CLARA N. KARIBE, Appellant, to Enforce Payment of Alimony against EDWARD EARLE, Respondent.

*Matter of Karibe* v. *Earle*, 168 App. Div. 917, appeal dismissed.
(Submitted November 19, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1915, which affirmed an order of Special Term denying a motion to punish the respondent herein for alleged contempt in failing to pay alimony.

The motion was denied upon the grounds: (1) That the application was brought in the form of a special proceeding rather than in the action. (2) That the delay of six years and six months was sufficient in itself to deny the application.

*J. Noble Hayes* for appellant.

*Charles Green Smith* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.